IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                             )
                                                   )
FREDA DARLENE HACKETT                              )    Case No. 22−30535−KLP
                                                   )    Chapter 13
            Debtor                                 )

## MOTION TO INCUR DEBT

COMES NOW, the Debtor, by counsel, and as and for Debtor's Motion to Incur Debt, states as follows:

1. The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on March 03, 2022.

2. The Debtor has applied for and Capital Federal Credit Union has approved a loan to the Debtor in the amount of $90,333.00 plus interest at 7.75% per annum to be repaid with 360 equal monthly payments of approximately $885 for principal, interest, and escrow for the purchase of a home located at 88 Dinks Mill Rd. Kinsale, VA 22488. The closing costs are to be paid by the Seller.

3. The purchase price of the Property is $92,000.00

4. There will be no loan proceeds payable to the Debtor.

5. The purchase of the Property is in the best interest of the Debtor and will facilitate the Debtor's ability to perform under her Chapter 13 Plan filed herein.

6. The Debtor's Chapter 13 Plan has been confirmed.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

WHEREFORE, the Debtor requests that the Court enter an Order approving the aforesaid loan on the terms stated herein and for such other relief as the Court may deem appropriate.

    FREDA DARLENE HACKETT

    By: /s/ James E. Kane
        Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

    /s/ James E. Kane
    James E. Kane

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FREDA DARLENE HACKETT | ) | Case No. 22−30535−KLP |
| | ) | Chapter 13 |
| Debtor | ) | |

### NOTICE OF MOTION

The above Debtor has filed Motion to Incur Debt in the above matter.

UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE MOTION AS CONCEDED AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.

A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS MOTION IS SCHEDULED FOR OCTOBER 23, 2024 AT 9:30 A.M. AT U.S. BANKRUPTCY COURT, 701 EAST BROAD STREET, ROOM 5100, RICHMOND, VA 23219.

Dated: September 27, 2024                          FREDA DARLENE HACKETT


                                                   By: /s/ James E. Kane
                                                           Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

/s/ James E. Kane
James E. Kane

"EXHIBIT A"

## Capital Federal Credit Union

4210 50th Street, Lubbock, TX 79413

*Save this Loan Estimate to compare with your Closing Disclosure.*

# Loan Estimate

| | | | |
|---|---|---|---|
| DATE ISSUED | 9/10/2024 | LOAN TERM | 30 years |
| APPLICANTS | Freda Hackett | PURPOSE | Purchase |
| | 88 Dinks Mill Rd | PRODUCT | Fixed Rate |
| | Kinsale, VA 22488 | LOAN TYPE | ☐ Conventional ☒ FHA ☐ VA ☐ _____ |
| PROPERTY | | LOAN ID # | 0101181071 |
| | Kinsale, VA 22488 | RATE LOCK | ☒ No ☐ Yes |
| SALE PRICE | $92,000 | | |

Before closing, your interest rate, points, and lender credits can change unless you lock the interest rate. All other estimated closing costs expire on at EDT

### Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| Loan Amount | $90,333 | NO |
| Interest Rate | 7.75% | NO |
| Monthly Principal & Interest<br>*See Projected Payments below for your Estimated Total Monthly Payment* | $647.16 | NO |
| | | Does the loan have these features? |
| Prepayment Penalty | | NO |
| Balloon Payment | | NO |

### Projected Payments

| Payment Calculation | Years 1 – 30 | |
|---|---|---|
| Principal & Interest | | $647.16 |
| Mortgage Insurance | + | 41 |
| Estimated Escrow<br>*Amount can increase over time* | + | 197 |
| **Estimated Total Monthly Payment** | | **$885** |

| | | This estimate includes | In escrow? |
|---|---|---|---|
| Estimated Taxes, Insurance & Assessments<br>*Amount can increase over time* | $197<br>a month | ☒ Property Taxes<br>☒ Homeowner's Insurance<br>☐ Other: | YES<br>YES |
| | | *See Section G on page 2 for escrowed property costs. You must pay for other property costs separately.* | |

### Costs at Closing

| | | |
|---|---|---|
| Estimated Closing Costs | $8,007 | Includes $6,450 in Loan Costs + $2,637 in Other Costs – $1,080 in Lender Credits. *See page 2 for details.* |
| Estimated Cash to Close | $9,674 | Includes Closing Costs. *See Calculating Cash to Close on page 2 for details.* |

Visit www.consumerfinance.gov/mortgage-estimate for general information and tools.

LOAN ESTIMATE                                         PAGE 1 OF 3 · LOAN ID # 0101181071
Portions ©2024, Finastra USA Corporation, All Rights Reserved

## Closing Cost Details

### Loan Costs

| A. Origination Charges | | $2,266 |
|---|---|---|
| % of Loan Amount (Points) | | |
| Loan Origination | | $666 |
| Processing Fee | | $750 |
| Underwriting Fee | | $850 |

| B. Services You Cannot Shop For | $2,461 |
|---|---|
| APPRAISAL FEE | $600 |
| CREDIT REPORT | $175 |
| FHA MORTGAGE INSURANCE PREMIUM | $1,554 |
| FLOOD DETERMINATION FEE | $15 |
| FRAUD GUARD | $31 |
| TAX SERVICE FEE | $86 |

| C. Services You Can Shop For | $1,723 |
|---|---|
| LENDER'S TITLE POLICY | $278 |
| SURVEY | $500 |
| Title - ALTA 7 - MANUFACTURED HOUSING ENDORS | $100 |
| Title - BINDER FEE | $90 |
| Title - CLOSING PROTECTION LETTER - LENDER | $30 |
| Title - CLOSING SERVICE FEE | $495 |
| Title - COURIER FEE | $30 |
| Title - NOTARY FEE | $200 |

| D. TOTAL LOAN COSTS (A + B + C) | $6,450 |
|---|---|

### Other Costs

| E. Taxes and Other Government Fees | | $812 |
|---|---|---|
| Recording Fees and Other Taxes | | $112 |
| Transfer Taxes | | $700 |

| F. Prepaids | | $939 |
|---|---|---|
| Homeowner's Insurance Premium (12 months) | | $920 |
| Mortgage Insurance Premium (   months) | | |
| Prepaid Interest ($19.18 per day for 1 days @ 7.75%) | | $19 |
| Property Taxes (   months) | | |

| G. Initial Escrow Payment at Closing | | $511 |
|---|---|---|
| Homeowner's Insurance | $76.67 per month for 3 mo. | $230 |
| Mortgage Insurance | $40.53 per month for 1 mo. | $41 |
| Property Taxes | $120.00 per month for 2 mo. | $240 |

| H. Other | $375 |
|---|---|
| Title - OWNER'S TITLE POLICY (optional) | $375 |

| I. TOTAL OTHER COSTS (E + F + G + H) | $2,637 |
|---|---|

| J. TOTAL CLOSING COSTS | $8,007 |
|---|---|
| D + I | $9,087 |
| Lender Credits | -$1,080 |

### Calculating Cash to Close

| Total Closing Costs (J) | $8,007 |
|---|---|
| Closing Costs Financed (Paid from your Loan Amount) | $0 |
| Down Payment/Funds from Borrower | $1,667 |
| Deposit | $0 |
| Funds for Borrower | $0 |
| Seller Credits | $0 |
| Adjustments and Other Credits | $0 |
| **Estimated Cash to Close** | **$9,674** |

LOAN ESTIMATE     PAGE 2 OF 3 · LOAN ID # 0101181071
Portions ©2024, Finastra USA Corporation, All Rights Reserved

## Additional Information About This Loan

| | | | |
|---|---|---|---|
| **LENDER** | Capital Federal Credit Union | **MORTGAGE BROKER** | |
| **NMLS/__ License ID** | 2288260 | **NMLS/__ License ID** | |
| **LOAN OFFICER** | Carla Lewis | **LOAN OFFICER** | |
| **NMLS/__ License ID** | 1329698 | **NMLS/__ License ID** | |
| **EMAIL** | clewis@capitalfcu.org | **EMAIL** | |
| **PHONE** | (804) 485-9007 | **PHONE** | |

### Comparisons — Use these measures to compare this loan with other loans.

| | | |
|---|---|---|
| **In 5 Years** | $47,723 | Total you will have paid in principal, interest, mortgage insurance, and loan costs. |
| | $4,654 | Principal you will have paid off. |
| **Annual Percentage Rate (APR)** | 8.975% | Your costs over the loan term expressed as a rate. This is not your Interest rate. |
| **Total Interest Percentage (TIP)** | 157.93% | The total amount of interest that you will pay over the loan term as a percentage of your loan amount. |

### Other Considerations

| | |
|---|---|
| **Appraisal** | We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if your loan does not close. You can pay for an additional appraisal for your own use at your own cost. |
| **Assumption** | If you sell or transfer this property to another person, we<br>☒ will allow, under certain conditions, this person to assume this loan on the original terms.<br>☐ will not allow assumption of this loan on the original terms. |
| **Homeowner's Insurance** | This loan requires homeowner's insurance on the property, which you may obtain from a company of your choice that we find acceptable. |
| **Late Payment** | If your payment is more than 15 days late, we will charge a fee of 5% of the monthly principal and interest payment |
| **Loan Acceptance** | You do not have to accept this loan because you have received this form or signed a loan application. |
| **Refinance** | Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan. |
| **Servicing** | We intend<br>☐ to service your loan. If so, you will make your payments to us.<br>☒ to transfer servicing of your loan. |

LOAN ESTIMATE                                                                                   PAGE 3 OF 3 · LOAN ID # 0101181071
Portions ©2024, Finastra USA Corporation, All Rights Reserved

Ad Astra Recovery
7330 West 33rd Street North
Suite 118
Wichita, KS 67205


Advance 24 Financial
3975 Hixson Pike
Chattanooga, TN 37415


American Anesthesiology of VA
P O Box 88087
Chicago, IL 60680


Amerimark Premier
AmeriMark Easy Pay Plan
Po Box 2845
Monroe, WI 53566


Belfield Physical Therapy
P O Box 1648
Warsaw, VA 22572


Blue Horizon Payday Loan
621 Medicine Way
Ukiah, CA 95482


Bon Secours
P.O. Box 409601
Atlanta, GA 30384


Bull City Financial Solutions
Attn: Bankruptcy
2609 North Duke St, Ste 500
Durham, NC 27704


Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130


Cash 2 U Financial Service
4721 West Broad St.
Richmond, VA 23230

Chase Receivables
755 Baywood Dr
Suite 208
Petaluma, CA 94954


Conn's HomePlus
2445 Technology Forest Boulevard
Building 4, Suite 800
The Woodlands, TX 77381


Credit Control Corporation
Attn: Bankruptcy
Po Box 120570
Newport News, VA 23612


Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193


Direct Charge
1112 7th Ave
Monroe, WI 53566


FinWise Bank/Opp Loans
Attn: Bankruptcy
130 E Randolph St, Ste 3400
Chicago, IL 60601


First Virginia
ATTN: Bankruptcy
5165 Emerald Pkwy, Suite 100
Dublin, OH 43017


Fred Ambulatory Surgery Center
2300 Fall Hill Ave., Suite 314
Fredericksburg, VA 22401


Gilliam & Mikula, PLLC
804 Moorefield Park Drive
Suite 200
Richmond, VA 23236-3671


K. Jordan
PO Box 2809
Monroe, WI 53566

```
Lendmark Financial
7526 W. Broad Street
Henrico, VA 23294


Lendmark Financial Service
1735 North Brown Road
Suite 300
Lawenceville, GA 60043


Loanme
P.O. Box 2040
Omaha, NE 68103-2040


Mary Washington Healthcare
2300 Fall Hill Ave.
Suite 101
Fredericksburg, VA 22401


Med Atlantic, Inc.
9105 STONY POINT DRIVE
Richmond, VA 23235


Midnight Velvet/Swiss Colony
Attn: Bankruptcy
1112 Seventh Ave
Monroe, WI 53566


Monroe & Main
Attn: Bankruptcy
1112 7th Avenue
Monroe, WI 53566


Monroe & Main
1112 7th Ave.
Monroe, WI 53566


N&H Office Capital
PO Box 501
Roseville, CA 95678


Ortho Virginia
PO Box 35725
Richmond, VA 23235
```

Parrish and Lebar, L.L.P
5 East Franklin Street
Richmond, VA 23219


Profession Recovery Consultant
PO Box 603586
Charlotte, NC 28260


Receivable Management Inc
7206 Hull Road
Suite 211
Richmond, VA 23235


Retrieval-Masters Creditors
4 Westchester Plaza Suite 110
Elmsford, NY 10523


Seventh Ave/Swiss Colony Inc.
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566


Stanley Schoope
17545 Kings Highway
Montross, VA 22520


Stoneberry
PO Box 2820
Monroe, WI 53566


Tidewater Memorial Hospital
618 Hospital Rd
Tappahannock, VA 22560


Total Visa/The Bank of Missouri
Attn: Bankruptcy
Po Box 85710
Sioux Falls, SD 57118


Upstart
Attn: Bankruptcy
Po Box 1503
San Carlos, CA 94070

```
Upstart Finance
Attn: Bankruptcy
Po Box 1503
San Carlos, CA 94070


Urological Center of Richmond
9105 Stony Point Drive
Richmond, VA 23235


Urology Associates of Frederic
1051 Care Way
Fredericksburg, VA 22401


Virginia Cardiovascular Spec.
PO Box 791183
Baltimore, MD 21279


Virginia Urology
PO Box 79437
Baltimore, MD 21279


ZocaLoans
27565 Research Park
Mission, SD 57555
```